UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN MICHAEL BALE,

        Plaintiff,

v.

STEVE BOYER and NED NEWLIN,

        Defendants.

CASE NO. C14-5513 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 32), and Plaintiff John Bale's ("Bale") objection to the R&R (Dkt. 33).

On August 6, 2014, Bale filed a 42 U.S.C. § 1983 suit against Defendants Steve Boyer and Ned Newlin ("Defendants"). Dkt. 10. Bale alleges that he was denied access to Kitsap County Jail's law library during his criminal trial. *Id.* at 3.

On September 19, 2014, Defendants moved to dismiss Bale's complaint for failure to state a claim. Dkt. 26. On November 21, 2014, Judge Creatura issued the R&R recommending that the Court grant Defendants' motion. Dkt. 32.

ORDER - 1

1     On December 12, 2014, Bale filed a one-sentence objection to Judge Creatura's

2 R&R. Dkt. 33. The Court has reviewed Bale's objection and finds it is without merit.

3     Therefore, the Court having considered the R&R, Bale's objection, and the

4 remaining record, does hereby find and order as follows:

5     (1)    The R&R is **ADOPTED**;

6     (2)    This action is **DISMISSED**; and

7     (3)    Bale's *in forma pauperis* status is **REVOKED** for purposes of appeal.

8     Dated this 15th day of January, 2015.

*(signature)*

BENJAMIN H. SETTLE
United States District Judge